AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

MASSACHUSETTS

Cherye Hoff

v.

United States of America

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 12630 JLT

TO: (Name and address of Defendant) United States Postal Service, Peter K. Foley Customer Service/Tort Claims Rep. 74 Main Street, No. Reading Massachusetts 01864

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel S. Casper
599 North Avenue, Suite 7
Wakefield, MA 01880
781-224-1177
781-246-1986 - fax

an answer to the complaint which is served on you with this summons, within __sixty (60)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DEC 16 2004

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | December 2004 |
| NAME OF SERVER *(PRINT)* <br> Daniel S. Casper | TITLE <br> Attorney for Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): by certified mail return receipt requested to:  Peter K. Foley, Customer Service Tort Claims
  United States Postal Service
  Pursuant to Rule 4(i) of the Federal Rules of Civil  74 Main Street, North Reading MA 01864
  Procedure

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   January 5, 2005         *[signature]*
              Date                    Signature of Server

              599 North Avenue, Suite 7
              Wakefield, MA 01880
              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.