AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____
MASSACHUSETTS

Cherye Hoff

v.

United States of America

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 12630 JLT

TO: (Name and address of Defendant)

United States of America c/o Civil Process Clerk, United States Attorney, U.S. Courthouse Suite 9200, 1 Courthouse Way, Boston Massachusetts 02210

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel S. Casper
599 North Avenue, Suite 7
Wakefield, MA 01880
781-224-1177
781-246-1986 - fax

an answer to the complaint which is served on you with this summons, within ___sixty (60)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK _/s/_

DEC 16 2004
DATE

(By) DEPUTY CLERK

ꝸAO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE December 27, 2004 |
| NAME OF SERVER (PRINT) Daniel S. Casper | TITLE Attorney for Plaintiff |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): by certified mail return receipt requested to: United States of America c/o Civil Process Div. United States Attorney, US Courthouse Suite 9200 1 Courthouse Way Boston, MA 02210 Pursuant to Rule 4(i) of the Federal Rules of Civil Procedure

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   January 5, 2005         [Signature]
                 Date                    Signature of Server

599 North Avenue, Suite 7
Wakefield, MA 01880
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )    C. Date of Delivery |
| 1. Article Addressed to:<br>United States of America<br>c/o Civil Process Division<br>United States Attorney<br>US Courthouse, Suite 9200<br>1 Courthouse Way<br>Boston MA 02210 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:   ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label)    7003 2260 0007 6624 1150 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540