UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CHERYE HOFF, | ) | |
| Plaintiff, | ) | |
|  | ) | CIVIL ACTION |
| v. | ) | NO. 04-12630-JLT |
|  | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

Please enter the undersigned as counsel for the defendant in the above-captioned action.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

/s/Eugenia M. Carris
Eugenia M. Carris
Assistant United States Attorney
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100

Dated: January 19, 2005

## CERTIFICATE OF MAILING

This is to certify that a true copy of the foregoing was given by electronic mailing on this day upon plaintiff's counsel of record, Daniel S. Casper, Hunt, Leibert, Chester, Jacobson & Casper, 599 North Avenue, Suite 7, Wakefield, MA 01880.

/s/Eugenia M. Carris
Eugenia M. Carris