IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHERYE HOFF, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.   04-12630-JLT |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## ANSWER

Pursuant to Rule 8 of the Federal Rules of Civil Procedure, Defendant United States of America, without waiving, but expressly reserving, all rights that it may have to seek relief by appropriate motions, answers, upon information and belief, the individually numbered paragraphs in plaintiff's Complaint as follows:

### PARTIES

1.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1 and therefore denies them.

2.   Defendant admits the allegations contained in Paragraph 2.

### JURISDICTION

3.   Paragraph 3 states a legal conclusion to which no response is necessary.

### FACTS

4.   Defendant admits the allegations contained in Paragraph 4.

5.   Defendant denies the allegations contained in Paragraph 5.

6.   Defendant denies that the collision occurred because of the negligence of Defendant. Except as expressly denied herein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 6.

7.   Defendant admits the allegations contained in Paragraph 7.

8.   Defendant admits that on or about May 24, 2004, Defendant received a Notice of

Claim pursuant to the Federal Tort Claims Act dated May 18, 2004. Except as expressly admitted herein, Defendant denies the remaining allegations contained in Paragraph 8.

9. Defendant admits the allegations contained in Paragraph 9.

10. Defendant admits the allegations contained in Paragraph 10.

The final paragraph consists of a prayer for relief to which no response is required. To the extent a response is required, the prayer is denied.

## **AFFIRMATIVE DEFENSES**

1. Plaintiff's recovery, if any, is limited to the damages recoverable under the Federal Tort Claims Act.

2. Pursuant to 28 U.S.C. § 2675(b), Plaintiff is prohibited from claiming or recovering an amount against the Defendant in excess of that set forth in Plaintiff's administrative claim presented to the United States Postal Service.

3. Pursuant to 28 U.S.C. § 2402, Plaintiff is not entitled to a jury trial against the United States.

4. Plaintiff's Complaint fails to state a claim or any claim upon which relief can be granted against Defendant.

5. Plaintiff's damages and losses, if any, were solely and proximately caused by Plaintiff's own negligence, carelessness or recklessness.

6. Plaintiff's fault and negligence in causing this alleged accident must be compared against the fault and negligence, if any, of Defendant, and Plaintiff's recovery, if any, must be diminished in proportion to Plaintiff's fault and negligence in causing the alleged accident. Further, Plaintiff is prohibited from recovering any amount against Defendant if the negligence of Plaintiff is determined to be greater than any fault of Defendant.

7. Pursuant to 28 U.S.C. § 2412(d)(1)(A), Plaintiff cannot recover attorney's fees from the United States Postal Service.

8. Pursuant to 28 U.S.C. § 2674, Plaintiff is proscribed from recovering any amount for pre-judgment interest against Defendant.

WHEREFORE, having fully answered Plaintiff's Complaint, Defendant respectfully moves this Court to dismiss Plaintiff's Complaint, for its costs incurred herein, and for such further relief as is just and proper.

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By:     /s/ Eugenia M. Carris
        Eugenia M. Carris
        Assistant United States Attorney
        John Joseph Moakley Courthouse
        One Courthouse Way, Suite 9200
        Boston, MA 02210
Dated: February 18, 2005    (617) 748-3376

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was mailed this 18th day of February, 2005, to:

Daniel S. Casper
Attorney at Law
Lakeside Office Park
599 North Avenue
Suite Seven, Second Floor
Wakefield, MA 01880

By:     /s/ Eugenia M. Carris
        Eugenia M. Carris
        Assistant United States Attorney