UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CHERYE HOFF, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | No. 04-CV-12630-JLT |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**ASSENTED-TO MOTION TO CONTINUE SCHEDULING CONFERENCE**

The government moves to continue the scheduling conference in the above matter from April 5, 2005 to any date the week of April 11 or to April 19 or April 21. As grounds therefor, defendant states that, although the parties will exchange discovery next week, they both seek additional time to review the same and discuss the matter with their respective clients. Plaintiff's counsel assents to the relief sought herein and is available on the above-suggested dates.

WHEREFORE, the government respectfully requests that this Motion be allowed.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/Eugenia M. Carris
Eugenia M. Carris
Assistant United States Attorney
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 9200
Boston, Mass. 02110
March 25, 2005        617-748-3376

**LOCAL RULE 7.1(A)(2) CERTIFICATION**
Pursuant to Local Rule 7.1(A)(2), the undersigned counsel certifies that she has conferred with opposing counsel's assistant and that he has assented to this motion.

/s/ Eugenia M. Carris
Eugenia M. Carris

-2-

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a copy of the foregoing was forward by electronic mailing this 25th day of March, 2005, to plaintiff's counsel of record, Daniel S. Casper, Esq., Lakeside Office Park, 599 North Avenue, Suite Seven, Second Floor, Wakefield, MA 01880

                         By:    /s/ Eugenia M. Carris
                                 Eugenia M. Carris
                                 Assistant United States Attorney