IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CHERYE HOFF, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.   04-12630-JLT |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STATEMENT

Trial Counsel discussed the matters required by the Court's Notice of Scheduling Conference and the parties respectfully request that the Court set the following schedule.

**I. Proposed Plan for Discovery:**

The parties propose that discovery close on October 28, 2005 and proceed as follows:

**a. Discovery Limitations:**

The parties agree to exchange all relevant documents and to the following fact depositions: Cheyre Hoff; Darrick Hoff; James Hoff; Patrick Dignan; and Michael Nelson.

**b. Proposed Discovery Timing:**

1. The parties have provided each other with the automatic discovery required by Fed. R. Civ. P. 26(a)(1), the Local Rules of this Court, and this Court's March 10, 2005 Order;

2. Fact discovery on the issues of liability and damages shall close on October 28, 2005.

3. Expert discovery will be conducted as follows:

   i. The plaintiff will disclose its expert(s) and their report(s) by October 31, 2005;

   ii. The defendants will disclose their expert(s) and their report(s) by December 2, 2005;

   iii. The parties will complete expert depositions by January 31, 2006.

**II. Proposed Schedule For Motions and Pretrial Conference:**

The parties propose that all dispositive motions be filed on or before February 28, 2006 and that a Final Pretrial Conference be set by the Court. There are now no pending motions.

**III. L.R. 16.1 Certifications:**

Counsel will file Certifications on or before April 19, 2005.

**IV. Magistrate Judge**

The parties agree to a trial before a Magistrate Judge should that be more convenient for this Court.

Respectfully submitted:

By the parties,

| The Plaintiff, | The Defendant, |
|---|---|
| Cherye Hoff | UNITED STATES, |
| By her attorney, | By its Attorney, MICHAEL J. SULLIVAN |
|  | United States Attorney |
| /s/Daniel S. Casper/emc | By: /s/Eugenia M. Carris |
| Daniel S. Casper | Eugenia M. Carris |
| Lakeside Office Park | Assistant U.S. Attorney |
| 599 North Avenue | John Joseph Moakley Courthouse |
| Suite Seven, Second Floor | 1 Courthouse Way, Suite 9200 |
| Wakefield, MA 01880. | Boston, MA  02210 |
| (781) 224-1177 | (617) 748-3376 |

Dated: April 11, 2005