IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHERYE HOFF, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No.  04-12630-JLT |
| UNITED STATES OF AMERICA, | ) ) ) |
| Defendant. | ) |

## DEFENDANT'S CERTIFICATION OF COMPLIANCE
## WITH LOCAL RULE 16.1(D)(3)

The undersigned representative of defendant hereby certifies, pursuant to Local Rule 16.1(D)(3), that she has conferred with counsel on the following:

1. establishing a budget for the costs of conducting the full course, and various alternatives, of this litigation; and,

2. to consider the resolution of litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

By its attorney,

UNITED STATES POSTAL SERVICE

By: /s/ Teresa Dale Pupillo
Teresa Dale Pupillo
United States Postal
Service Law Department
National Tort Center
P.O. Box 66640
St. Louis, MO 63166-6640

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Eugenia M. Carris
Eugenia M. Carris
Assistant U.S. Attorney
1 Courthouse Way. Suite 9200
Boston, MA  02210
(617) 748-3376

Dated this 31 day of March, 2005.