UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHERYE HOFF,                         *
                                     *
         Plaintiff,                  *
                                     *
v.                                   *    Civil Action No. 04-12630-JLT
                                     *
                                     *
UNITED STATES OF AMERICA,            *
                                     *
         Defendant.                  *

ORDER

April 19, 2005

TAURO, J.

After the Scheduling Conference held on April 19, 2005, this court hereby orders that:

1. The Parties may depose Cherye Hoff, Patrick Dignan, and Michael Nelson;

2. All discovery shall be completed by August 31, 2005;

3. No additional discovery will be permitted without leave of this court; and

4. A Final Pretrial Conference is scheduled for September 12, 2005 at 10:00 a.m.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge