IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CHERYE HOFF,<br>Plaintiff, | )<br>)<br>) | |
| vs. | ) | Civil Action No. 04-12630-JLT |
| UNITED STATES OF AMERICA<br>Defendant, | )<br>)<br>)<br>) | |

**PLAINTIFF'S CERTIFICATION OF COMPLIANCE
WITH LOCAL RULE 16.1(D)(3)**

The undersigned representative of plaintiff hereby certifies, pursuant to Local Rule 16.1(D)(3), that she has conferred with counsel on the following:

1. Establishing a budget for the costs of conducting the full course, and various alternatives, of this litigation; and,

2. To consider the resolution of litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Cherye Hoff, Plaintiff
8 Yale Street
Groveland, MA 01834

By its attorney,
Daniel S. Casper, Esq.
599 North Avenue, Suite 7
Wakefield, MA 01880
781-224-1177
781-246-1986 – fax
BBO No. 078200

Dated this ____ day of April, 2005.