IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHERYE HOFF, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>    Defendant. ) | Case No.   04-12630-JLT |

STIPULATION OF DISMISSAL

Plaintiff Cherye Hoff and Defendant United States of America, by and through their undersigned counsel, hereby stipulate and agree that Plaintiff's claims against the United States of America are voluntarily dismissed by Plaintiff with prejudice, each party to bear her or its own fees, costs, and expenses.

| | |
|---|---|
| /s/Eugenia M. Carris | /s/Daniel S. Casper/EMC |
| Eugenia M. Carris | Daniel S. Casper |
| Assistant U.S. Attorney | Attorney for Plaintiff |
| Attorney for Defendant | Lakeside Office Park |
| One Courthouse Way | 599 North Avenue |
| United States Courthouse, Suite 9200 | Suite Seven, Second Floor |
| Boston, Massachusetts  02210 | Wakefield, MA 01880 |
| 617-748-3100 | 781-224-1177 |

Dated:  July 28, 2005